IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-906-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BRENTLEY GOODWIN, | ) | |
| Defendant. | ) | |

On April 21, 2015, plaintiff filed a suggestion of bankruptcy [D.E. 6] notifying this court that defendant, Brentley Goodwin, filed a bankruptcy petition. Pursuant to 11 U.S.C. § 362, the action in this court is STAYED pending resolution of the bankruptcy case. Parties shall notify the court within 14 days of settlement or resolution of the bankruptcy case.

SO ORDERED. This _3_ day of June 2015.

JAMES C. DEVER III
Chief United States District Judge