IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )        Case No. 5:14-cv-00906
                                   )
    v.                             )
                                   )
BRENTLEY GOODWIN,                  )
                                   )
        Defendant.                 )
_____)

## ORDER

Having considered the United States' motion to lift the stay in the above-captioned civil

action, and good cause having been shown, it is hereby

ORDERED that the United States' motion is

GRANTED. SO ORDERED. This  13  day of February 2017.


                                   JAMES C. DEVER III
                                   James C. Dever III