IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:14-cv-00906 |
| ) | |
| v. ) | |
| ) | |
| BRENTLEY GOODWIN, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT AGAINST BRENTLEY GOODWIN

Default is hereby entered against defendant Brentley Goodwin pursuant to Fed. R. Civ. P. 55(a), for failing to please or otherwise defend in this action.

Dated this __21__ day of March, 2017.

_____
Peter A. Moore, Jr.
Clerk of Court