IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRENTLEY GOODWIN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 5:14-cv-00906-D |

## **DEFAULT JUDGMENT**

Default having been entered against Brentley Goodwin for his failure to appear, plead, or otherwise defend, and counsel for the plaintiff having requested a judgment for a sum certain against the defendant Brentley Goodwin and having filed proper evidence of the amount due in accordance with Fed. R. Civ. P. 55(b)(1), judgment is hereby rendered in favor of the plaintiff, United States of America and against defendant Brentley Goodwin for civil penalties assessed pursuant to 26 U.S.C. § 6672 in the sum of $215,617.05, plus statutory interest accruing after March 6, 2017, to the date of payment for the taxable quarters ending September 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, March 31, 2003, June 30, 2003, December 31, 2003, March 31, 2004, and June 30, 2004.

SO ORDERED. This __20__ day of __June__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge